HERMAN RODGERS et al., Respondents, *v.* BERTHA DEVELOPMENT COMPANY, INC., et al., Defendants.

SAMUEL MICHAEL, Appellant; THOMAS W. MAIRES, Respondent.

*Sale — real property — purchaser at judicial sale of real property directed to complete purchase.*

*Rodgers* v. *Bertha Development Co., Inc.,* 214 App. Div. 822, affirmed. (Argued January 12, 1926; decided January 22, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 9, 1925, which affirmed two orders of Special Term, one denying the application of the appellant herein to be relieved of his purchase of real property at a judicial sale and the other directing him to complete the purchase in accordance with the terms of sale. The purchaser had refused to complete the purchase on the ground that the premises were not tax exempt as he had been led to believe; that certain franchise taxes against the owner had not been paid and that sufficient documentary stamps had not been affixed to the deed. He also raised questions as to the allowance for interest on the first and second mortgages and as to the adjustment of rents.

*Samuel J. Levinson* and *Irving Levinson* for appellant.

*Max Ehrlich* for plaintiffs, respondents.

*Thomas W. Maires* respondent in person.

*Albert Ottinger, Attorney-General (Wendell P. Brown* and *C. T. Dawes* of counsel), for State Tax Commission.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.